THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON PIERCE and PATRICIA PIERCE, husband and wife; KAREN KIRBY, a single woman; MARY J. RAY, a single woman; GREGORY SHERMAN and PAULA SHERMAN, husband and wife, et al, <br><br>Plaintiffs <br><br>vs. <br><br>NOVASTAR MORTGAGE, INC, a foreign corporation, <br><br>Defendant. | NO. C05-5835 RJB <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE REPLY BRIEF ON FEBRUARY 27, 2006. |

This Court has considered defendant Novastar Mortgage, Inc.'s motion for one additional court day in which to file its reply brief to its underlying motion to dismiss. This Court acknowledges that the plaintiffs have agreed that one additional day is appropriate.

THEREFORE IT IS ORDERED that defendant Novastar Mortgage, Inc.'s motion to file its reply brief to the underlying motion to dismiss on Monday, February 27, 2006, is GRANTED.

Dated this 15th day of February, 2006.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1 of 2
(C05-5835 RJB)
[pierce.reply.extend.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1  Presented By:

2  GORDON, THOMAS, HONEYWELL,
   MALANCA, PETERSON & DAHEIM LLP
3

4
   By s/_____
5         Salvador A. Mungia, WSBA No. 14807
          smungia@gth-law.com
6         Attorneys for Defendant

ORDER - 2 of 2
(C05-5835 RJB)
[pierce.reply.extend.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565