UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON PIERCE and PATRICIA PIERCE, husband and wife; KAREN KIRBY, a single woman; GREGORY SHERMAN and PAULA SHERMAN, husband and wife; and MICHAEL LEPAGE and GERTRUDE LEPAGE, husband and wife, on behalf of themselves and a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>      vs,<br><br>NOVASTAR MORTGAGE, INC., a foregin corporation,<br><br>            Defendant. | C05-5835RJB<br><br>**MINUTE ORDER** |

Pursuant to the pretrial conference held in this matter on April 20, 2007 , the Court directs the Clerk to enter the following Minute Order:

**MOTIONS IN LIMINE**

Plaintiff's Motion in Limine to Exclude Testimony of Alleged Oral Disclosure of Yield Spread Premiums that is Inconsistent with the Written Disclosures, **Dkt # 127** - DENIED, as stated orally on the record;  Defendant Novastar Mortgage, Inc's Motion in Limine to Preclude Use of Certain Warehouse Line of Credit Evidence and to Preclude References to Lending Practices as "Predatory," **Dkt #135** - DENIED, as stated orally on the record; Defendant Novstars Mortgage Inc.'s Motion in Limine to Preclude Portions of Expert Testimony by Imal Scott, **Dkt #136** - GRANTED IN PART AND DENIED IN PART, as stated orally on the record.

1. The **trial date** in this matter is **RESCHEDULED** for **6/11/07**;

2. Modified proposed pretrial order due by 5/4/07.

## MOTIONS

4. Motions to appoint additional class representatives filed by 5/1/07;

5. Depositions of proposed class representatives taken by 5/11/07;

6. Response to motion, or indication of no objection, filed by 5/16/07;

7. Reply due 5/17/07;

8. All motions relating to subject regarding class representative to be NOTED on the Court's motion calendar for 5/18/07;

10. Any additional dispositive motions filed by 5/16/07;

11. Response due by 5/23/07;

12. Reply due 5/24/07;

13. Dispositive motions to be NOTED on the Court's motion calendar for 5/25/07.

## CLASS NOTICE

Class Notice shall be mailed by 5/2/07, indicating June 11, 2007 trial date and providing an opt out date of June 4, 2007.

The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge.