1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAMERON PIERCE and PATRICIA
PIERCE, husband and wife; KAREN KIRBY,
a single woman; GREGORY SHERMAN and
PAULA SHERMAN, husband and wife,
MICHAEL LEPAGE and GERTRUDE
LEPAGE, husband and wife; on behalf of
themselves and a class of similarly situated
individuals,

                    Plaintiffs,

        v.

NOVASTAR MORTGAGE, INC., a foreign
corporation,

                    Defendant.

CASE NO. C05-5835RJB

ORDER DENYING
DEFENDANT NOVASTAR
MORTGAGE, INC.'S MOTION
TO STRIKE RICK ST. ONGE AS
A WITNESS

This matter comes before the Court on Defendant NovaStar Mortgage Inc.'s Motion to

Strike Rick St. Onge as a Witness (Dkt. 158). The Court has considered the pleadings filed in

support of and in opposition to the motion and the remainder of the file herein.

## I. BACKGROUND AND DISCUSSION

NovaStar Mortgage, Inc. moves to strike Rick St. Onge as a witness for the plaintiffs on

the grounds that this witness' testimony constitutes opinion rather than fact and on the grounds

ORDER
Page 1

that this witness seeks to testify about the interpretation and application of statutes and

regulations. Dkt. 158 at 1-2. While the defendant raises several valid points with regard to this

witness' anticipated testimony, it is impossible for the Court to rule on this issue in advance.

Rulings on matters raised in the motion are better suited for trial and depend upon the wording of

the questions put to the witness and the witness' answers. The Court should therefore decline to

strike this witness.

## II. ORDER

Therefore, it is hereby

**ORDERED** that Defendant NovaStar Mortgage Inc.'s Motion to Strike Rick St. Onge as

a Witness (Dkt. 158) is **DENIED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel

of record and to any party appearing pro se at said party's last known address.

DATED this 30th day of April, 2007.

ROBERT J. BRYAN
United States District Judge

ORDER
Page 2