THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON PIERCE and PATRICIA PIERCE, husband and wife; KAREN KIRBY, a single woman; GREGORY SHERMAN and PAULA SHERMAN, husband and wife, MICHAEL LEPAGE and GERTRUDE LEPAGE, husband and wife; RALPH MARTINELLI; and LAWRENCE BROWN, <br><br>Plaintiffs,<br>vs.<br><br>NOVASTAR MORTGAGE, INC, a foreign corporation,<br><br>Defendant. | NO. C05-5835 RJB <br><br> NOTICE OF AGREEMENT TO STRIKE TRIAL DATE |

Counsel for the Plaintiffs and the Defendant NovaStar Mortgage, Inc., hereby notify the Court that they are engaged in discussions regarding this litigation.

Counsel for the Plaintiffs and the Defendant further agree that the Court may strike the trial date in this matter, which is currently scheduled for June 11. 2007.

NOTICE RE STRIKING TRIAL DATE - 1 of 2
(C05-5835 RJB)
[1383481 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | |
| 2 | Dated this 5th day of June, 2007. |

BERGMAN & FROCKT

By: _____/s/_____
Ari Y. Brown, WSBA #29570
Matthew P. Bergman, WSBA #20894
David S. Frockt, WSBA #28568

PHILLIPS LAW GROUP, PLLC

_____/s/_____
John W. Phillips, WSBA #12185
Matthew Geyman, WSBA #17544
Attorneys for Plaintiffs and the Class

GORDON, THOMAS, HONEYWELL,
MALANCA PETERSON & DAHEIM

*Stephanie Bloomfield*
Salvador A. Mungia, WSBA # 14807
Stephanie Bloomfield, WSBA #24251

WEINER BRODSKY SIDMAN KIDER, PC
1300 Nineteenth Street, N.W.
Washington DC 20036
Mitchel H. Kider
Donald C. Brown, Jr.

Attorneys for Defendant NovaStar Mortgage, Inc.

NOTICE RE STRIKING TRIAL DATE - 2 of 2
(C05-5835 RJB)
[1383481 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON PIERCE and PATRICIA PIERCE, husband and wife; KAREN KIRBY, a single woman; MARY J. RAY, a single woman; GREGORY SHERMAN and PAULA SHERMAN, husband and wife, et al,<br><br>Plaintiffs<br>vs.<br><br>NOVASTAR MORTGAGE, INC, a foreign corporation,<br><br>Defendant. | NO. C05-5835 RJB<br><br>CERTIFICATE OF ELECTRONIC SERVICE |

I hereby certify that on the 5TH day of June, 2007, I electronically filed the preceding documents with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following to: Ari Y. Brown, ari@bergmanlegal.com; David S. Frockt at david@bergmanlegal.com; Matthew P. Bergman at matt@bergmanlegal.com.; John Phillips at jphillips@jphillipslaw.com and Matthew Geyman at mgeyman@jphillipslaw.com:

*Gina A. Mitchell*
Gina A. Mitchell, Legal Assistant to
Salvador A. Mungia and Stephanie Bloomfield

Cert. of Electronic Serv. - 1 of 1
(C03-03 5241RJB)
[1340043 v20.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565