1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAMERON PIERCE and PATRICIA PIERCE,
husband and wife; KAREN KIRBY, a single
woman; GREGORY SHERMAN and PAULA
SHERMAN, husband and wife; MICHAEL
LEPAGE and GERTRUDE LEPAGE, husband
and wife, LARRY BROWN, a single man, and
RALPH MARTINELLI, a single man, on behalf
of themselves and a class of similarly situated
individuals,

                                    Plaintiffs,

          v.

NOVASTAR MORTGAGE, INC., a foreign
corporation,

                                    Defendant.

No. C05-5835 RJB

**DECLARATION OF JOHN W.
PHILLIPS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT**

Note on Motion Calendar:
June 21, 2007

I, John W. Phillips, declare and state as follows:

1.      I am one of the counsel representing Plaintiffs and the Class in this case.  I have

personal knowledge of the matters described in this declaration and am competent to testify.  I

submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement.

2.      The parties resumed settlement discussions on June 1, 2007.  Lead counsel for

both sides worked to find an acceptable resolution of the case. The parties reported their

discussions to the Court on June 5, 2007.

DECLARATION OF JOHN W. PHILLIPS - 1

1       3.      The parties memorialized an agreement to resolve this suit in a Settlement

2 Agreement, attached hereto as Exhibit A, dated June 21, 2007. The parties have signed the

3 agreement and signature pages are attached. Mr. Sherman's signature will be delivered

4 tomorrow and Ms. Kirby represented that she would sign the agreement but we have not yet

5 received her signature page. Plaintiffs will supplement the record with the remaining signature

6 pages once received. The parties and their counsel have not entered into any other agreements in

7 connection with this proposed settlement.

8       4.      Attached hereto as Exhibit B is a true and correct copy of the proposed Class

9 Settlement Notice and Notice of Fairness Hearing.

10       5.      Attached hereto as Exhibit C is a true and correct copy of the proposed Class

11 Settlement Notice and Notice of Fairness Hearing to the 80 class members that NovaStar

12 identified after class notice was sent and thus who did not receive the first class notice.

13       6.      Class Counsel from Phillips Law Group, PLLC and Bergman & Frockt incurred

14 attorney fees totaling $1,173,531.20 through June 5, 2007. We will provide documentation of

15 fees and costs with our motion for final approval of the class settlement. The award of $1.8

16 million constitutes a multiplier of approximately 1.5 of Class Counsel's lodestar fees. The

17 parties negotiated the fee award separately from the Class Settlement Fund.

18       7.      Class Counsel mailed notice to 1663 potential class members pursuant to the

19 Court's Order (Dkt. 177). Class members had until June 4, 2007, to opt-out of the class and only

20 four class members excluded themselves.

21       8.      I declare under penalty of perjury under the laws of the State of Washington that

22 the foregoing statements are all true and correct to the best of my knowledge and belief.

23       DATED this 21st day of June, 2007.

24                                             _/s/  John W. Phillips_____

25

26

DECLARATION OF JOHN W. PHILLIPS - 2

1

<u>CERTIFICATE OF SERVICE</u>

2

3

I hereby certify that on June 21, 2007, I caused the foregoing document to be

electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be

4

electronically served on all counsel as follows:

5

6

Salvador A. Mungia                                Donald C. Brown, Jr.
Stephanie Bloomfield                              WEINER BRODSKY SIDMANN KIDER

7

GORDON, THOMAS, HONEYWELL,                        1300 19TH St. N.W., 5th Floor
MALANCA, PETERSON & DAHEIM, LLP                   Washington, DC  20036

8

P.O. Box 1157                                     brown@wdsk.com
Tacoma, WA  98401

9

smungia@gth-law.com
sbloomfield@gth-law.com

10

11

By:  /s/ John W. Phillips

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JOHN W. PHILLIPS - 3

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CAMERON PIERCE and PATRICIA PIERCE, husband and wife; KAREN KIRBY, a single woman; GREGORY SHERMAN and PAULA SHERMAN, husband and wife; MICHAEL LEPAGE and GERTRUDE LEPAGE, husband wife; LARRY BROWN, a single man; and RALPH MARTINELLI, a single man, on behalf of themselves and a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., a foreign corporation,<br><br>Defendant. | Civil Action No.:  C05-5835-RJB |

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This is a Settlement Agreement and General Release ("Agreement") between NovaStar Mortgage, Inc. ("NovaStar Mortgage") and those Plaintiffs named in Exhibit A (the "Class Representatives") and the Class Members (as defined herein). NovaStar Mortgage, the Class Representatives and the Class Members may collectively be referred to herein as "the Parties." This Agreement is subject to approval of the Court.

WHEREAS, the Class Representatives and their Counsel ("Class Counsel") filed a Complaint against NovaStar Mortgage in the United States District Court for the Western District of Washington at Tacoma, entitled *Pierce et. al. v. NovaStar Mortgage, Inc*, No. C05-5835-RJB, alleging that NovaStar Mortgage had violated the Washington Consumer Protection Act (the "Litigation");

WHEREAS, the Court on October 31, 2006, certified a Class in this Litigation;



EXHIBIT A

WHEREAS, on April 19, 2007, the Court amended the class definition to include the following persons:

- You entered into a federally-regulated mortgage loan that was subject to the requirements of Washington Law and secured by property within the State of Washington, at any time from December 30, 2001 to the present; and
- NovaStar paid money to your mortgage broker ("Payment") in return for negotiating a higher interest loan for you; and
- Neither NovaStar nor the broker adequately disclosed to you the Payment on a good faith estimate dated no later than three days after the date on which NovaStar received the loan application or, if your application was received fewer than three days before you signed final loan documents, the date on which you signed final loan documents; and
- You paid the mortgage broker compensation in the form of an "origination fee" or "broker fee" in addition to the Payment that NovaStar paid to the broker;

WHEREAS, notice of the class certification was provided to the Class in the form set out in the Court's Order of April 19, 2007;

WHEREAS, the Class Representatives and Class Members obtained mortgage loans either (1) from NovaStar Mortgage through mortgage brokers or (2) from correspondent lenders that sold the loans to NovaStar Mortgage;

WHEREAS, the Class Representatives and Class Members allege that NovaStar Mortgage failed to adequately disclose payments that NovaStar Mortgage made to the mortgage brokers and correspondent lenders associated with their loans;

WHEREAS, NovaStar Mortgage has denied the claims being alleged in this Litigation;

WHEREAS, Class Counsel, the Class Representatives, Counsel for NovaStar Mortgage, and NovaStar Mortgage have investigated the facts relating to the claims alleged and the underlying events and transactions in the Litigation, have conducted significant document and deposition discovery in the Litigation, have made and/or defended motions for dismissal, for summary judgment and for class certification, and other pre-trial matters, have taken account of the Court's pre-trial rulings, and have made a thorough study of the law applicable to the asserted claims;

WHEREAS, through their respective Counsel, Class Representatives and NovaStar Mortgage have engaged in extensive arm's-length negotiations concerning the settlement of the claims asserted in the Litigation;

WHEREAS, separate from the Parties' agreement as to the principal terms and conditions of this Agreement that benefit the Class, the Parties negotiated and agreed to attorney's fees that NovaStar Mortgage will pay Class Counsel as set forth below;

2

WHEREAS, the Class Representatives and Class Counsel have concluded, based upon their investigation, and taking into account the risks in the Litigation and the expense and time necessary to prosecute the Litigation to a successful conclusion, and the substantial benefits to be received pursuant to this Settlement Agreement, that a settlement with NovaStar Mortgage on the terms set forth herein is fair, just, equitable, reasonable, adequate and in the best interests of the Class Representatives and the Class Members, and have agreed to settle this Litigation with NovaStar Mortgage on the terms set forth herein; and

WHEREAS, NovaStar Mortgage denies each of the claims asserted against it in the Litigation and denies any and all liability, but based upon its investigation, and taking into account the risks in the Litigation and the expense and time necessary to defend the Litigation successfully, has agreed to this Settlement with the Class and Class Representatives on the terms and conditions set forth herein;

NOW THEREFORE, intending to be legally bound by and acknowledging the sufficiency of the consideration and undertakings set forth herein, the Parties agree, subject to the approval of the Court and the provisions contained herein and in the Exhibits hereto, that the Litigation and the Released Claims against the Released Persons (all as defined herein) are finally and fully compromised and settled, and that the Litigation shall be dismissed with prejudice as follows:

## 1.    **Denial of Liability and No Admissions**

The Parties enter into this Agreement to resolve the disputes that have arisen between them and to avoid the burden, expense and uncertainties of the Litigation. In entering into this Agreement, NovaStar Mortgage does not admit, and specifically denies, that it breached any contract, violated or breached any duty, engaged in any misrepresentation or deception or violated any federal, state, or local law, or any regulations or guidelines promulgated pursuant to law. Neither this Agreement, nor any of its terms or provisions, nor any of the negotiations connected with it, shall be construed as an admission or concession by NovaStar Mortgage of any such violations or failures to comply with any applicable law. Except as necessary in a proceeding to enforce the terms of this Agreement, neither this Agreement nor any of its terms, Exhibits or related judicial orders or findings shall be offered or received as evidence or otherwise in any action or proceeding to establish any liability, admission, fact or thing on the part of or against NovaStar Mortgage, or to establish the existence or even any inference of any fact.

## 2.    **Commitment to Support**

Class Representatives, Class Counsel, NovaStar Mortgage, and NovaStar Mortgage's Counsel agree to support this Agreement and recommend its approval by the Court and to undertake their best efforts, including all reasonable steps and efforts contemplated by this Agreement to give force and effect to its terms and conditions. Class Representatives, Class Counsel, NovaStar Mortgage, and NovaStar Mortgage's Counsel shall not encourage any objections to this Agreement (or any of its terms or provisions) or encourage any Class Members who are still eligible to do so to elect to opt-out.

### 3.     Claims of the Class Representatives and Benefits of Settlement

The Class Representatives believe that the claims asserted in the Litigation have merit. However, Class Counsel and the Class Representatives recognize and acknowledge the risk of continued litigation and the expense and length of continued proceedings that would be necessary to prosecute the Litigation against NovaStar Mortgage to a successful conclusion through trial and appeal. The Class Representatives and Class Counsel believe that the Settlement set forth in this Agreement confers substantial benefits upon the Class Members. Based on their evaluation of all of these factors, the Class Representatives and Class Counsel have determined that the Settlement is in the best interests of the Class Representatives and the Class Members.

### 4.     Definitions

As used in this Agreement, the following terms shall be defined as set forth below:

4.1     Agreement. "Agreement" means this Settlement Agreement and General Release, and all Exhibits hereto.

4.2     Class Counsel. "Class Counsel" means Phillips Law Group, PLLC, and Bergman & Frockt.

4.3     Class Member and NovaStar Mortgage Certification. "Class Member" means those persons whose NovaStar Loan numbers are listed on Exhibit B. Class Members have been identified by Class Counsel through review of information provided by NovaStar Mortgage. NovaStar Mortgage hereby certifies that to the best of its knowledge it has identified to Class Counsel all Washington state loans that were either (1) made by NovaStar Mortgage during the class period on which compensation was paid to a mortgage broker by NovaStar Mortgage or (2) purchased by NovaStar Mortgage during the class period from correspondent lenders on which NovaStar Mortgage paid a premium to the correspondent lender based on NovaStar Mortgage's interest rate sheet applicable to the NovaStar Loan.   For the purposes of this Agreement, Class Members do not include anyone who previously entered into a general release of claims against NovaStar Mortgage.

4.4     Class Representatives. "Class Representatives" means the Plaintiffs listed in Exhibit A.

4.5     Effective Date. "Effective Date" means the date upon which the Court's Judgment approving the Settlement becomes final.

4.6     Fairness Hearing Date. "Fairness Hearing Date" means the date that will be set by the Court for the fairness hearing on approval of the class action settlement embodied in this Agreement, which date shall be at least ninety (90) days after the date on which notice of the proposed Settlement and Fairness Hearing is sent as provided in Section 5.

4.7     Judgment. "Judgment" means the Judgment entered by the Court approving the Settlement.

4.8     NovaStar Loan. "NovaStar Loan" means the mortgage loan upon which each Class Member bases his or her claim.

4.9     NovaStar Mortgage. "NovaStar Mortgage" means NovaStar Mortgage, Inc.

4.10     Objection Date. Objection Date means the date forty-five (45) days after Class Counsel mails the notice described in Section 5.

4.11     Released Claims. "Released Claims" means and includes any and all claims based on the facts and allegations in the Litigation (including any claims, defenses or assertions of rescission, voidness, voidability, illegality, offset or the like), demands, actions, causes of action, rights, offsets, restitution, damages, lawsuits, liens, costs, losses, expenses or liabilities of any kind whatsoever, for any relief whatsoever, including monetary, injunctive or declaratory relief, or for reimbursement of attorney's fees, costs or expenses, whether known or unknown, suspected or unsuspected, contingent or vested, which the Class Representatives and Class Members have had, now have or may have asserted in the Litigation. Without limiting the foregoing, "Released Claims" specifically include claims of the Class Representatives and Class Members relating to (1) NovaStar Mortgage's payments to brokers or correspondent lenders, (2) NovaStar Mortgage's payments to NovaStar Home Mortgage, Inc., and (3) allegedly inadequate disclosure of NovaStar Mortgage's payments to brokers or correspondent lenders on Good Faith Estimates or HUD-1 Settlement whether those disclosures were made by brokers, NovaStar Mortgage or correspondent lenders.

4.12     Released Persons or Released Parties. With respect to the Released Claims by the Class Representatives and Class Members, "Released Persons" or "Released Parties" includes NovaStar Mortgage, and any of its affiliates, subsidiaries, parents, sister companies and any of their employees, agents, officers, directors, attorneys, insurers, predecessors, successors and/or assigns. Such released parties also include the mortgage brokers and correspondent lenders involved with the NovaStar Loans.

4.13     Settlement. "Settlement" means the settlement between the Parties as embodied in this Agreement.

## 5.     Notice of Proposed Settlement and Fairness Hearing

5.1     Notice to Class Members. Within ten (10) days of the Court's Preliminary Approval Order, Class Counsel will send to Class Members notice of the proposed Settlement and of the date of the Fairness Hearing. The form of notice to Class Members shall be subject to Court approval.

5.2     Notice to Appropriate Federal and State Officials. Within ten (10) days of the Court's Preliminary Approval Order, NovaStar Mortgage shall serve the notice required by 28 U.S.C. § 1715(b),on the United States Attorney General, the Washington Attorney General, and the Director of the Washington Department of Financial Institutions, and such other state officials as NovaStar deems necessary.

5.3    Certification that NovaStar Mortgage Is Not Subject to Notice Requirements of 28 U.S.C. § 1715(a)(1)(B).  NovaStar Mortgage hereby certifies that it is not subject to the notice requirements set forth in 28 U.S.C. § 1715(a)(1)(B) that apply to federal depository institutions, state depository institutions, depository institution holding companies, foreign banks, and nondepository institution subsidiaries of the foregoing, as those terms are defined in section 3 of the Federal Deposit Insurance Act, 12 U.S.C. § 1813.

6.    **Consideration**

6.1    Total Payment in Consideration for Settlement.  Within five (5) business days of the Effective Date, NovaStar Mortgage agrees to pay a total of $5.1 million to Class Members and Class Counsel, with accrual of interest as provided in paragraph 6.2 below, in full and complete satisfaction of all claims in the Litigation.  The payment shall be made to Phillips Law Group, PLLC.  The Parties agree that the payment will be allocated in the following manner:

(a)    Payment to Class Members.  $3.3 million is to go to Class Members in full and complete satisfaction of all of their claims in the Litigation.  Class Counsel will serve as the administrator of the Settlement and will distribute these funds to Class Members.  Class Counsel and the Class Representatives will be responsible for proposing a distribution plan to the Court, as to which NovaStar will not object as long as NovaStar's obligations under this Settlement Agreement do not change as a consequence of the distribution plan, which Class Counsel will ask the Court to approve before administering.

(b)    Attorney's Fees.  $1.8 million is to go to Class Counsel in full and complete satisfaction of any claim for attorney's fees in this Litigation.

6.2    Accrual of Interest.  If the $5.1 million payment referenced in Section 6.1 has not been made by September 12, 2007, interest will begin to accrue at the federal post-judgment interest rate and will continue to accrue until the payment is made by NovaStar Mortgage (the "Accrued Interest").  In no event, however, will Accrued Interest exceed $125,000.

6.3    Post-Settlement Fees and Costs Incurred by Class Counsel.  NovaStar Mortgage further agrees to pay up to $75,000 to Class Counsel for fees and costs incurred, commencing June 6, 2007, in connection with the execution, approval and administration of the Settlement.  Class Counsel will perform this work at their normal billing rates.  Class Counsel will submit monthly bills for their work related to the execution, approval and administration of the Settlement to NovaStar Mortgage for review and payment.  The Court will resolve any dispute over payment due to Class Counsel under this paragraph.

6.4    No Other Payments.  The amounts referenced in Section 6 are the only payments that NovaStar Mortgage is required to make in connection with this Agreement.

## 7.    **Release**

7.1    Upon NovaStar Mortgage's Payment pursuant to paragraph 6.1 above, the Judgment shall be deemed to have dismissed the Litigation with prejudice and bar, settle, release, discharge, extinguish and dismiss with prejudice completely, individually and collectively, fully, finally and forever the Released Claims.

7.2    Notwithstanding the provisions of this Agreement, each Class Representative, on his or her own behalf and on behalf of each Class Member who has not yet fully paid his or her NovaStar Loan or has not discharged the NovaStar Loan in bankruptcy, acknowledges and agrees that the obligation to comply with the terms of the NovaStar Loan is not relieved, impaired or affected in any way due to the settlement of the claims asserted in the Litigation.  Nor does this Release resolve any claims that each Class Representative or Class Member may have associated with such continuing relationship with NovaStar Mortgage that are not based on the facts and allegations in the Litigation. With respect to the Class Representatives, Michael and Trudy LePage, NovaStar agrees to modify the LePages' loan to a fixed rate of 7.875% effective June 1, 2007 and move unpaid monthly payments to the end of the loan term, extending the loan term accordingly.  The changes to the LePage Loan will be evidenced by a modification agreement, in recordable form.

7.3    Upon NovaStar Mortgage's Payment pursuant to paragraph 6.1 above, NovaStar Mortgage shall be deemed to have, and by operation of the Judgment shall have, fully finally, and forever released, relinquished and discharged each and all of the Class Representatives, and Class Members and Class Counsel from all claims, including unknown claims, based upon or arising out of the institution, prosecution, assertion, settlement or resolution of the Litigation.

## 8.    **Filing Objections Before the Fairness Hearing**

Any Class Member who wishes to be heard at the Fairness Hearing or who wishes to object to the Settlement must serve on Class Counsel a written notice of objection postmarked by the Objection Date and include (a) a statement of the desire to be heard at the Fairness Hearing and/or a statement of each objection asserted; (b) a description of the facts underlying each objection (if any); and (c) a copy of any documents that the objector may offer during the Fairness Hearing.

The Parties will request that the Court enter an order requiring that all Class Member objectors deliver such notice or request to be heard to Class Counsel or postmark such notice or request by mail addressed to Class Counsel no later than the Objection Date. Class Counsel will then be responsible for serving the same upon NovaStar Mortgage's counsel and the Court. The parties will further request that the Court enter an order to the effect that (a) objectors who fail to properly or timely file their objections with the Court or to serve them as provided above shall not be heard during the Fairness Hearing; (b) nor shall their objections be considered by the Court; (c) only Class Members may object to the Settlement Agreement; and (d) persons who opt-out of the Class may not object to the Settlement Agreement.

### 9. Limited Opt-Out Rights

Because the Court has already sent Class Notice to the vast majority of Class Members, the Parties will request that the Notice of Class Settlement not provide those Class Members with a second opportunity to exclude themselves from the Class. As for those Class Members who were not sent the Court's first class notice, the Notice of Class Settlement will provide the Class Member with an opportunity to exclude themselves from the Class if such exclusion is mailed to Class Counsel, postmarked by the Objection Date.

### 10. Choice of Law and Forum

This Agreement shall be governed by and construed for all purposes under the laws of the State of Washington. The United States District Court for the Western District of Washington at Tacoma shall have exclusive jurisdiction to enforce this Agreement, and any of the Parties may bring an action in that Court to redress a breach of this Agreement. Notwithstanding the foregoing, the terms of this Agreement and all of its Exhibits are regarded as material to the Parties' agreement, and cannot be altered, amended, or revised without the express agreement of all the Parties. If the Court or any appellate court reviewing the Court's Judgment conditions approval of the Settlement upon any substantive alteration, amendment or revision, then any Party shall have the absolute right to void this Agreement, and all Parties shall be restored to the status quo ante, including restoration of the Litigation for purposes of trial, as of the date hereof. In such event, it shall be as if this Agreement and all negotiations, had never existed, and no parties shall be prejudiced thereby, and no evidence relating to the Agreement or any negotiations relating hereto, shall be offered, admissible or discoverable in the Litigation or otherwise.

### 11. Final Judgment

At or upon the conclusion of the Final Hearing, the Parties shall submit to the Court a Proposed Final Judgment finally approving the Settlement and dismissing the Litigation.

### 12.   **Severability**

If any provision of this Agreement is determined to be invalid or unenforceable for any reason, the remaining provisions and portions of this Agreement shall be unaffected thereby and shall remain in full force to the fullest extent permitted by law.

### 13.   **Successors and Assigns**

This Agreement is binding on the Parties, their successors, heirs, and assigns, and inures to the benefit of each of the Released Parties and their predecessors, successors, heirs and assigns, as applicable.

### 14.   **Entire Agreement; Amendments**

This is the complete and final Agreement between the Parties and supersedes all prior or contemporaneous agreements, offers, negotiations, representations, discussions, or communications, whether oral or written, with respect to any subject matter of this Agreement. No representations, warranties or promises have been made by or to any party to this Agreement with respect to the subject matter of this Agreement other than as expressly set forth herein. In deciding whether to enter into this Agreement, the Parties are not relying on any promises, statements, or representations other than those that are expressly set forth herein. This Agreement shall not be modified or amended except by a further written Agreement signed by the Parties.

### 15.   **Authority to Sign**

For any business association, corporation or other business entity signing this Agreement, the individual signing this Agreement warrants and represents that he or she has obtained the necessary corporate authorization to execute the document and that by signing the Agreement that he or she is not doing so ultra vires.

### 16.   **Final and Binding Agreement**

The Parties further state that they have carefully read this Agreement, that they fully understand its final and binding effect, and that the only promises made to sign this Agreement are those stated above.

### 17.   **Counterparts**

This Agreement may be executed by the Parties in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Agreement. In addition, facsimile signature pages are acceptable and binding and shall be considered as if an original signature. All Party signatures are not required on the same copy of the Agreement.

18.    **Survival**

The obligations of the Parties under this Agreement shall survive the merger, sale, liquidation, winding-down or dissolution of NovaStar Mortgage and the death(s) and/or bankruptcies of the Class Representatives and Class Members.

19.    **Notices**

All notices to Class Representatives, Counsel for NovaStar Mortgage and Class Counsel shall be sent by first class U.S. Mail, by hand delivery, or by facsimile, to the recipient(s) designated in this Settlement Agreement. Timeliness of all submissions and notices shall be measured by the date of receipt, unless the addressee refuses or delays receipt. The persons designated to receive notice are as follows:

**For the Class Representatives and the Class:**

John W. Phillips
Phillips Law Group, PLLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104

Ari Brown
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA 98104

**For the Defendants:**

Mitchel H. Kider
Donald C. Brown, Jr.
Weiner Brodsky Sidman Kider
1300 19th Street NW
Washington, DC 20036

20.    **Continuing Jurisdiction**.

The Court shall retain exclusive and continuing jurisdiction of the Lawsuit and this settlement, all Parties and Class Members, to interpret, effectuate, enforce and implement this Agreement, and any disputes involving the same shall be resolved exclusively by the Court. Class Members agree that the Court's decision shall be binding upon him, her or it.

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _June 21, 2007_

_____
John W. Phillips
Phillips Law Group, PLLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104

DATED: _____

_____
Ari Brown
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA  98104

DATED: _____

_____
Larry Brown

DATED: _____

_____
Karen Kirby

DATED: _____

_____
Gertrude LePage

DATED: _____

_____
Michael LePage

DATED: _____

_____
Ralph Martinelli

DATED: _____

_____
Cameron Pierce

DATED: _____

_____
Patricia Pierce

DATED: _____

_____
Gregory Sherman

DATED: _____

_____
Paula Sherman

**FOR NOVASTAR MORTGAGE. INC.**

DATED: _____

_____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____     _____
                            John W. Phillips
                            Phillips Law Group, PLLC
                            315 Fifth Ave South, Suite 1000
                            Seattle, WA  98104

DATED: _____     _____
                            Ari Brown
                            Bergman & Frockt
                            614 First Avenue, Fourth Floor
                            Seattle, WA  98104

DATED: 6·20·07             _____
                            Larry Brown

DATED: _____     _____
                            Karen Kirby

DATED: _____     _____
                            Gertrude LePage

DATED: _____     _____
                            Michael LePage

DATED: _____     _____
                            Ralph Martinelli

DATED: _____     _____
                            Cameron Pierce

DATED: _____     _____
                            Patricia Pierce

DATED: _____     _____
                            Gregory Sherman

DATED: _____     _____
                            Paula Sherman

**FOR NOVASTAR MORTGAGE, INC.**

DATED: _____     _____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____        _____
                            John W. Phillips
                            Phillips Law Group, PLLC
                            315 Fifth Ave South, Suite 1000
                            Seattle, WA 98104

DATED: _____        _____
                            Ari Brown
                            Bergman & Frockt
                            614 First Avenue, Fourth Floor
                            Seattle, WA 98104


DATED: _____        _____
                            Larry Brown

DATED: _____        _____
                            Karen Kirby

DATED: 6-20-2007            _____
                            Gertrude LePage

DATED: 6-20-07              _____
                            Michael LePage

DATED: _____        _____
                            Ralph Martinelli

DATED: _____        _____
                            Cameron Pierce

DATED: _____        _____
                            Patricia Pierce

DATED: _____        _____
                            Gregory Sherman

DATED: _____        _____
                            Paula Sherman

**FOR NOVASTAR MORTGAGE. INC.**

DATED: _____        _____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____

                          John W. Phillips
                          Phillips Law Group, PLLC
                          315 Fifth Ave South, Suite 1000
                          Seattle, WA 98104

DATED: _____

                          Ari Brown
                          Bergman & Frockt
                          614 First Avenue, Fourth Floor
                          Seattle, WA 98104

DATED: _____

                          Larry Brown

DATED: _____

                          Karen Kirby

DATED: _____

                          Gertrude LePage

DATED: _____

                          Michael LePage

DATED: 6/20/07

                          Ralph Martinelli

DATED: _____

                          Cameron Pierce

DATED: _____

                          Patricia Pierce

DATED: _____

                          Gregory Sherman

DATED: _____

                          Paula Sherman

**FOR NOVASTAR MORTGAGE, INC.**

DATED: _____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____

John W. Phillips
Phillips Law Group, PLLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104

DATED: _____

Ari Brown
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA 98104

DATED: _____

Larry Brown

DATED: _____

Karen Kirby

DATED: _____

Gertrude LePage

DATED: _____

Michael LePage

DATED: _____

Ralph Martinelli

DATED: 06/20/07

Cameron Pierce

DATED: 6/20/07

Patricia Pierce

DATED: _____

Gregory Sherman

DATED: _____

Paula Sherman

**FOR NOVASTAR MORTGAGE. INC.**

DATED: _____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____

John W. Phillips
Phillips Law Group, PLLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104

DATED: _____

Ari Brown
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA 98104

DATED: _____

Larry Brown

DATED: _____

Karen Kirby

DATED: _____

Gertrude LePage

DATED: _____

Michael LePage

DATED: _____

Ralph Martinelli

DATED: _____

Cameron Pierce

DATED: _____

Patricia Pierce

DATED: 6/20/07

Paula Shurman for Gregory Sherman

Gregory Sherman

DATED: 6/20/07

Paula Sherman

**FOR NOVASTAR MORTGAGE, INC.**

DATED: _____

11

**FOR THE CLASS REPRESENTATIVES, CLASS MEMBERS AND CLASS COUNSEL:**

DATED: _____

_____
John W. Phillips
Phillips Law Group, PLLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104

DATED: _____

_____
Ari Brown
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA 98104

DATED: _____

_____
Larry Brown

DATED: _____

_____
Karen Kirby

DATED: _____

_____
Gertrude LePage

DATED: _____

_____
Michael LePage

DATED: _____

_____
Ralph Martinelli

DATED: _____

_____
Cameron Pierce

DATED: _____

_____
Patricia Pierce

DATED: _____

_____
Gregory Sherman

DATED: _____

_____
Paula Sherman

**FOR NOVASTAR MORTGAGE, INC.**

DATED: 6/21/07

_____
Chairman

11

*Pierce v. NovaStar Mortgage Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**

## EXHIBIT A

### Class Representatives

Larry Brown
Karen Kirby
Gertrude LePage
Michael LePage
Ralph Martinelli
Cameron Pierce
Patricia Pierce
Gregory Sherman
Paula Sherman

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 2002240 | 50005136 | 01-109615 | 02-032935 | 02-066841 |
| 20021687 | 50005683 | 01-109651 | 02-034880 | 02-067485 |
| 20021853 | 50005771 | 01-110629 | 02-036670 | 02-068081 |
| 20021889 | 50005795 | 01-110676 | 02-036891 | 02-068794 |
| 20022010 | 50006080 | 01-110842 | 02-039244 | 02-069344 |
| 20022051 | 50006279 | 01-111830 | 02-040104 | 02-069511 |
| 20022083 | 50006423 | 01-112028 | 02-040447 | 02-069793 |
| 20022140 | 50006521 | 01-112049 | 02-041687 | 02-070511 |
| 50000382 | 50006544 | 01-112085 | 02-041837 | 02-072773 |
| 50000422 | 50006585 | 01-114233 | 02-041937 | 02-072832 |
| 50000500 | 50006601 | 01-114593 | 02-043067 | 02-073665 |
| 50000660 | 50006655 | 01-114909 | 02-043400 | 02-075707 |
| 50000844 | 50006673 | 01-115042 | 02-043540 | 02-076918 |
| 50000967 | 50006707 | 01-116098 | 02-044155 | 02-078891 |
| 50001075 | 50006708 | 01-116627 | 02-045720 | 02-078914 |
| 50001137 | 50007355 | 01-116708 | 02-047348 | 02-079354 |
| 50001258 | 50007858 | 01-117365 | 02-049266 | 02-079798 |
| 50001335 | 50008035 | 02-000463 | 02-049272 | 02-081216 |
| 50001491 | 50008170 | 02-002444 | 02-049603 | 02-081969 |
| 50001514 | 50008969 | 02-003905 | 02-049650 | 02-082843 |
| 50001742 | 50008994 | 02-005068 | 02-049739 | 02-084403 |
| 50001768 | 50009000 | 02-005425 | 02-050124 | 02-084441 |
| 50001769 | 50009059 | 02-005584 | 02-051212 | 02-086622 |
| 50001851 | 50009113 | 02-005714 | 02-053072 | 02-086814 |
| 50002051 | 50009181 | 02-005744 | 02-055096 | 02-087303 |
| 50002074 | 50009568 | 02-006126 | 02-055368 | 02-088278 |
| 50002077 | 50009904 | 02-008959 | 02-056777 | 02-090004 |
| 50002274 | 50009950 | 02-010770 | 02-056876 | 02-094426 |
| 50002295 | 59000397 | 02-011159 | 02-058333 | 02-094735 |
| 50002337 | 59000700 | 02-012236 | 02-059258 | 02-094784 |
| 50002422 | 59000825 | 02-015530 | 02-060897 | 02-094797 |
| 50002659 | 59001239 | 02-017018 | 02-061077 | 02-094886 |
| 50002799 | 59001302 | 02-017582 | 02-061229 | 02-095278 |
| 50003281 | 59001841 | 02-018850 | 02-061301 | 02-095441 |
| 50003508 | 59001859 | 02-019631 | 02-062474 | 02-095712 |
| 50003811 | 5000500700 | 02-019770 | 02-062564 | 02-095930 |
| 50003847 | 01-088398 | 02-020809 | 02-062809 | 02-095982 |
| 50004139 | 01-095948 | 02-023725 | 02-062932 | 02-096280 |
| 50004469 | 01-098620 | 02-023956 | 02-063413 | 02-102112 |
| 50004719 | 01-099624 | 02-026464 | 02-063661 | 02-102593 |
| 50004781 | 01-102087 | 02-029017 | 02-064469 | 02-104334 |
| 50004827 | 01-103185 | 02-029018 | 02-065685 | 02-105837 |
| 50005091 | 01-108621 | 02-029968 | 02-065921 | 02-110797 |
| 50005092 | 01-109041 | 02-032608 | 02-066368 | 02-111259 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 02-111470 | 02-170852 | 02-222834 | 03-005141 | 03-130296 |
| 02-114815 | 02-171160 | 02-226123 | 03-005660 | 03-131936 |
| 02-116013 | 02-173802 | 02-226187 | 03-005801 | 03-134340 |
| 02-116826 | 02-174381 | 02-226826 | 03-006457 | 03-136538 |
| 02-118465 | 02-176238 | 02-227541 | 03-006942 | 03-144836 |
| 02-119016 | 02-176746 | 02-227754 | 03-008161 | 03-145403 |
| 02-119336 | 02-177778 | 02-229004 | 03-015195 | 03-148074 |
| 02-124836 | 02-178055 | 02-229319 | 03-016906 | 03-149115 |
| 02-127714 | 02-178179 | 02-229396 | 03-020906 | 03-152340 |
| 02-132952 | 02-178388 | 02-229557 | 03-028910 | 03-153219 |
| 02-133928 | 02-180910 | 02-233424 | 03-029949 | 03-155934 |
| 02-134421 | 02-182826 | 02-234155 | 03-030043 | 03-180270 |
| 02-134641 | 02-184820 | 02-234482 | 03-033214 | 03-183802 |
| 02-135409 | 02-185196 | 02-236348 | 03-036005 | 03-183882 |
| 02-136479 | 02-185308 | 02-236709 | 03-042369 | 03-193520 |
| 02-137720 | 02-185734 | 02-236738 | 03-044425 | 03-193632 |
| 02-139830 | 02-188440 | 02-236831 | 03-047360 | 03-195451 |
| 02-142172 | 02-188929 | 02-238658 | 03-051142 | 03-195941 |
| 02-142199 | 02-189976 | 02-238953 | 03-053643 | 03-198645 |
| 02-142840 | 02-190823 | 02-239861 | 03-055494 | 03-198931 |
| 02-144903 | 02-191148 | 02-240379 | 03-057135 | 03-200589 |
| 02-145279 | 02-192158 | 02-240541 | 03-058572 | 03-205730 |
| 02-147225 | 02-193455 | 02-240683 | 03-071788 | 03-212019 |
| 02-147760 | 02-193628 | 02-240981 | 03-074418 | 03-218393 |
| 02-149409 | 02-196322 | 02-243083 | 03-074781 | 03-219353 |
| 02-151557 | 02-196734 | 02-243969 | 03-074787 | 03-219498 |
| 02-152454 | 02-197110 | 02-243994 | 03-081654 | 03-223152 |
| 02-152611 | 02-201407 | 02-248228 | 03-082890 | 03-229138 |
| 02-154657 | 02-205557 | 02-249842 | 03-095462 | 03-233826 |
| 02-155052 | 02-207103 | 02-251768 | 03-099485 | 03-239863 |
| 02-156453 | 02-210059 | 02-252198 | 03-099659 | 03-240770 |
| 02-156717 | 02-212759 | 02-255589 | 03-099820 | 03-244223 |
| 02-156882 | 02-214051 | 02-257808 | 03-101532 | 03-245515 |
| 02-158132 | 02-214618 | 02-258007 | 03-105678 | 03-250531 |
| 02-159588 | 02-215133 | 02-258796 | 03-106550 | 03-256622 |
| 02-160232 | 02-215488 | 02-259575 | 03-109305 | 03-256623 |
| 02-160693 | 02-216489 | 02-259800 | 03-113869 | 03-257090 |
| 02-163486 | 02-217661 | 02-260836 | 03-114852 | 03-259585 |
| 02-163965 | 02-217875 | 02-265254 | 03-115002 | 03-264362 |
| 02-166541 | 02-219134 | 02-265298 | 03-115602 | 03-264901 |
| 02-167232 | 02-219649 | 03-001198 | 03-119039 | 03-267347 |
| 02-168069 | 02-220364 | 03-003862 | 03-119657 | 03-267613 |
| 02-169998 | 02-220551 | 03-004276 | 03-127293 | 03-269027 |
| 02-170436 | 02-222029 | 03-004657 | 03-129543 | 03-269479 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 03-274802 | 03-383728 | 03-482580 | 03-576083 | 03-625621 |
| 03-278564 | 03-390014 | 03-483215 | 03-577563 | 03-626470 |
| 03-279334 | 03-393024 | 03-484716 | 03-578592 | 03-626495 |
| 03-282013 | 03-393518 | 03-489701 | 03-578773 | 03-627900 |
| 03-284859 | 03-396365 | 03-495704 | 03-578982 | 03-629194 |
| 03-285798 | 03-396486 | 03-499345 | 03-579729 | 03-635250 |
| 03-285865 | 03-397713 | 03-501118 | 03-581088 | 03-637774 |
| 03-286051 | 03-400614 | 03-501730 | 03-582535 | 03-637883 |
| 03-290590 | 03-401420 | 03-502999 | 03-586086 | 03-640465 |
| 03-293914 | 03-402805 | 03-505356 | 03-586264 | 03-645104 |
| 03-295126 | 03-403794 | 03-506533 | 03-587485 | 03-646671 |
| 03-298399 | 03-406867 | 03-512443 | 03-587818 | 03-646961 |
| 03-299257 | 03-408104 | 03-519143 | 03-588487 | 03-647137 |
| 03-300183 | 03-408929 | 03-528779 | 03-590130 | 03-649026 |
| 03-303409 | 03-409449 | 03-531920 | 03-591580 | 03-649804 |
| 03-305553 | 03-415006 | 03-533010 | 03-591632 | 03-651940 |
| 03-312118 | 03-415454 | 03-534167 | 03-593281 | 03-652135 |
| 03-312838 | 03-418652 | 03-534480 | 03-595277 | 03-652627 |
| 03-312850 | 03-420620 | 03-537671 | 03-595982 | 03-654815 |
| 03-313267 | 03-423728 | 03-540894 | 03-598158 | 03-655932 |
| 03-318579 | 03-425601 | 03-542345 | 03-600078 | 03-657634 |
| 03-320145 | 03-426924 | 03-542969 | 03-600683 | 03-659101 |
| 03-323367 | 03-427631 | 03-547666 | 03-601138 | 03-659525 |
| 03-323657 | 03-429255 | 03-548090 | 03-603435 | 03-659950 |
| 03-336503 | 03-429891 | 03-551669 | 03-603744 | 03-662458 |
| 03-336908 | 03-432403 | 03-552903 | 03-606058 | 03-662801 |
| 03-336961 | 03-433699 | 03-556905 | 03-607488 | 03-662853 |
| 03-340196 | 03-434597 | 03-557952 | 03-608002 | 03-665217 |
| 03-340437 | 03-442688 | 03-558665 | 03-608010 | 03-667072 |
| 03-341098 | 03-446739 | 03-558696 | 03-611738 | 03-667378 |
| 03-346147 | 03-446969 | 03-561015 | 03-612782 | 03-668871 |
| 03-346932 | 03-450993 | 03-563178 | 03-613278 | 03-670699 |
| 03-350533 | 03-453648 | 03-563656 | 03-614512 | 03-670864 |
| 03-355680 | 03-454266 | 03-563799 | 03-614829 | 03-674060 |
| 03-358549 | 03-457639 | 03-565621 | 03-616372 | 03-674641 |
| 03-360521 | 03-461394 | 03-566312 | 03-616572 | 03-674999 |
| 03-361672 | 03-462311 | 03-567131 | 03-618507 | 03-675435 |
| 03-365200 | 03-463241 | 03-567226 | 03-618608 | 03-675488 |
| 03-368689 | 03-464277 | 03-568776 | 03-620199 | 03-675974 |
| 03-368708 | 03-465250 | 03-569679 | 03-621572 | 03-675998 |
| 03-373576 | 03-469741 | 03-570652 | 03-623605 | 03-676735 |
| 03-376889 | 03-477496 | 03-572746 | 03-624101 | 03-677174 |
| 03-379299 | 03-477725 | 03-573583 | 03-624999 | 03-677678 |
| 03-379570 | 03-481096 | 03-574543 | 03-625234 | 03-679068 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 03-679170 | 03-747449 | 03-913571 | 03-995828 | 03-B09087 |
| 03-679585 | 03-748040 | 03-914342 | 03-999387 | 03-B09124 |
| 03-681387 | 03-748317 | 03-919387 | 03-A00221 | 03-B09764 |
| 03-681667 | 03-775599 | 03-919547 | 03-A06946 | 03-B11154 |
| 03-682733 | 03-776183 | 03-922370 | 03-A07057 | 03-B11686 |
| 03-684140 | 03-777362 | 03-927069 | 03-A07883 | 03-B12195 |
| 03-684553 | 03-797051 | 03-931118 | 03-A12401 | 03-B13566 |
| 03-684934 | 03-798540 | 03-931755 | 03-A14745 | 03-B13877 |
| 03-686947 | 03-808425 | 03-932606 | 03-A15773 | 03-B20857 |
| 03-688044 | 03-815017 | 03-933490 | 03-A19641 | 03-B21229 |
| 03-690071 | 03-818921 | 03-941409 | 03-A19712 | 03-B23784 |
| 03-690467 | 03-820005 | 03-942152 | 03-A20947 | 03-B26051 |
| 03-691365 | 03-820022 | 03-944174 | 03-A22742 | 03-B26999 |
| 03-695487 | 03-822312 | 03-947065 | 03-A23150 | 03-B29462 |
| 03-698020 | 03-822454 | 03-953090 | 03-A23383 | 03-B29767 |
| 03-698102 | 03-825800 | 03-953689 | 03-A25010 | 03-B29810 |
| 03-698872 | 03-826492 | 03-954538 | 03-A27933 | 03-B33589 |
| 03-701068 | 03-828215 | 03-955541 | 03-A29397 | 03-B39199 |
| 03-702941 | 03-829569 | 03-958445 | 03-A30881 | 03-B39643 |
| 03-706246 | 03-831601 | 03-959090 | 03-A33222 | 03-B43868 |
| 03-706612 | 03-833861 | 03-961585 | 03-A36618 | 03-B44769 |
| 03-716180 | 03-834500 | 03-969424 | 03-A39881 | 03-B51204 |
| 03-717311 | 03-834717 | 03-970623 | 03-A43415 | 04-001499 |
| 03-717939 | 03-837992 | 03-971479 | 03-A44234 | 04-001602 |
| 03-719502 | 03-840181 | 03-971780 | 03-A44254 | 04-004951 |
| 03-722211 | 03-841210 | 03-972092 | 03-A44873 | 04-008607 |
| 03-723129 | 03-843818 | 03-974451 | 03-A45008 | 04-019235 |
| 03-724075 | 03-847218 | 03-977846 | 03-A46231 | 04-019415 |
| 03-726141 | 03-848196 | 03-978996 | 03-A48061 | 04-022969 |
| 03-727256 | 03-851137 | 03-981231 | 03-A50730 | 04-023675 |
| 03-728438 | 03-854826 | 03-981529 | 03-A58426 | 04-024462 |
| 03-728439 | 03-857399 | 03-981961 | 03-A59408 | 04-024582 |
| 03-731681 | 03-865014 | 03-982657 | 03-A60697 | 04-024638 |
| 03-732551 | 03-866433 | 03-982720 | 03-A60704 | 04-026027 |
| 03-733312 | 03-868163 | 03-983183 | 03-A61322 | 04-028824 |
| 03-733336 | 03-869249 | 03-983895 | 03-A62882 | 04-029961 |
| 03-734292 | 03-870531 | 03-984957 | 03-A66736 | 04-030796 |
| 03-737034 | 03-870889 | 03-986714 | 03-A72935 | 04-033393 |
| 03-738072 | 03-875961 | 03-986723 | 03-A98646 | 04-034315 |
| 03-738725 | 03-908401 | 03-987511 | 03-B01306 | 04-034323 |
| 03-739582 | 03-908937 | 03-987870 | 03-B03167 | 04-034840 |
| 03-741128 | 03-910255 | 03-991124 | 03-B03288 | 04-040572 |
| 03-744545 | 03-912103 | 03-991751 | 03-B07127 | 04-040733 |
| 03-747234 | 03-912387 | 03-995028 | 03-B08301 | 04-040934 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 04-045609 | 04-225111 | 04-323649 | 04-512383 | 04-825822 |
| 04-049941 | 04-225137 | 04-324550 | 04-515255 | 04-832148 |
| 04-056665 | 04-227709 | 04-325920 | 04-516737 | 04-837293 |
| 04-060059 | 04-228837 | 04-328463 | 04-519632 | 04-838530 |
| 04-061946 | 04-230490 | 04-331128 | 04-525461 | 04-845618 |
| 04-063425 | 04-231192 | 04-331554 | 04-526516 | 04-851500 |
| 04-065022 | 04-231384 | 04-341008 | 04-539312 | 04-855414 |
| 04-065566 | 04-231751 | 04-344477 | 04-542263 | 04-859132 |
| 04-066493 | 04-232025 | 04-345156 | 04-550042 | 04-861286 |
| 04-069026 | 04-232531 | 04-345405 | 04-551968 | 04-864157 |
| 04-069964 | 04-233898 | 04-346095 | 04-554304 | 04-866598 |
| 04-171721 | 04-234318 | 04-347552 | 04-555161 | 04-868993 |
| 04-172712 | 04-235313 | 04-347819 | 04-561584 | 04-869419 |
| 04-173020 | 04-236895 | 04-347854 | 04-564198 | 04-878341 |
| 04-173309 | 04-243857 | 04-348513 | 04-568348 | 04-880945 |
| 04-174289 | 04-244158 | 04-348838 | 04-570696 | 04-885208 |
| 04-174675 | 04-247613 | 04-348921 | 04-571561 | 04-891231 |
| 04-174795 | 04-248363 | 04-354315 | 04-572538 | 04-898866 |
| 04-178647 | 04-249468 | 04-366030 | 04-573762 | 04-900964 |
| 04-184075 | 04-252409 | 04-366167 | 04-683866 | 04-915852 |
| 04-184956 | 04-253489 | 04-376710 | 04-684810 | 04-920668 |
| 04-187568 | 04-260830 | 04-380058 | 04-685301 | 04-926757 |
| 04-187995 | 04-261469 | 04-386425 | 04-686779 | 04-929081 |
| 04-190577 | 04-262088 | 04-391361 | 04-737624 | 04-929439 |
| 04-190582 | 04-264072 | 04-391602 | 04-738709 | 04-930319 |
| 04-194729 | 04-267567 | 04-473563 | 04-738839 | 04-933282 |
| 04-194895 | 04-269386 | 04-473712 | 04-743868 | 04-A09370 |
| 04-195016 | 04-293463 | 04-473931 | 04-743960 | 04-A56226 |
| 04-196487 | 04-300516 | 04-478697 | 04-746199 | 04-A57935 |
| 04-199753 | 04-301058 | 04-479509 | 04-746629 | 04-A58775 |
| 04-204195 | 04-303579 | 04-480127 | 04-748161 | 04-A64277 |
| 04-204567 | 04-304617 | 04-481821 | 04-750545 | 04-A69214 |
| 04-208714 | 04-304844 | 04-484746 | 04-752276 | 04-A70264 |
| 04-211072 | 04-306962 | 04-488750 | 04-755899 | 04-B04670 |
| 04-211227 | 04-308559 | 04-488756 | 04-757294 | 04-B05598 |
| 04-211643 | 04-309817 | 04-492124 | 04-757626 | 04-B08453 |
| 04-213005 | 04-311911 | 04-492725 | 04-759325 | 04-B10376 |
| 04-215592 | 04-314909 | 04-494946 | 04-759510 | 04-B10386 |
| 04-215624 | 04-315713 | 04-495261 | 04-761365 | 04-B12909 |
| 04-217083 | 04-316513 | 04-495403 | 04-772262 | 04-B15645 |
| 04-217367 | 04-319064 | 04-496912 | 04-814279 | 04-B18301 |
| 04-220362 | 04-322245 | 04-498404 | 04-818467 | 04-B24947 |
| 04-220437 | 04-322881 | 04-500072 | 04-819703 | 04-B25295 |
| 04-221200 | 04-323103 | 04-505004 | 04-825027 | 04-B30493 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 04-B36341 | 04-E73366 | 04-J47664 | 05-283777 | 05-477983 |
| 04-B40008 | 04-E75774 | 04-J49279 | 05-286895 | 05-479224 |
| 04-B43756 | 04-E76803 | 04-J52033 | 05-296482 | 05-479708 |
| 04-B48953 | 04-E76965 | 04-J53060 | 05-296798 | 05-483069 |
| 04-B51728 | 04-E88492 | 04-J63532 | 05-304449 | 05-484451 |
| 04-B51758 | 04-E89867 | 04-J79551 | 05-305346 | 05-484510 |
| 04-B55446 | 04-F55720 | 04-J80528 | 05-312390 | 05-484748 |
| 04-B64815 | 04-F73118 | 04-J84742 | 05-317260 | 05-487330 |
| 04-B64881 | 04-F73640 | 04-J89113 | 05-318547 | 05-487984 |
| 04-B65781 | 04-F77887 | 04-J89738 | 05-319167 | 05-490169 |
| 04-B73492 | 04-F82854 | 04-J95111 | 05-319262 | 05-510424 |
| 04-B82174 | 04-F84361 | 04-K80312 | 05-321765 | 05-511819 |
| 04-B89866 | 04-F86965 | 04-K82021 | 05-325136 | 05-516957 |
| 04-B96028 | 04-F88099 | 04-K85255 | 05-328625 | 05-525258 |
| 04-B98909 | 04-G01085 | 04-K87789 | 05-329981 | 05-529368 |
| 04-C01648 | 04-G09104 | 04-K93880 | 05-367280 | 05-529499 |
| 04-C02417 | 04-G16221 | 04-K95651 | 05-367532 | 05-529790 |
| 04-C39604 | 04-G16728 | 04-K97600 | 05-368321 | 05-539465 |
| 04-C56463 | 04-G17646 | 04-K99816 | 05-371481 | 05-540172 |
| 04-C56565 | 04-G19808 | 04-L02303 | 05-389872 | 05-543820 |
| 04-C62006 | 04-G53190 | 05-006262 | 05-390220 | 05-545382 |
| 04-C63513 | 04-G53771 | 05-007737 | 05-392735 | 05-547657 |
| 04-C66200 | 04-G54459 | 05-101958 | 05-396248 | 05-547836 |
| 04-D10719 | 04-G59017 | 05-114322 | 05-399025 | 05-547926 |
| 04-D10862 | 04-G63553 | 05-116030 | 05-399946 | 05-549519 |
| 04-D39229 | 04-G66611 | 05-116909 | 05-401976 | 05-551705 |
| 04-D45939 | 04-G71178 | 05-118386 | 05-404659 | 05-559193 |
| 04-D51589 | 04-G80606 | 05-126377 | 05-404833 | 05-560522 |
| 04-D78003 | 04-G84791 | 05-127160 | 05-405151 | 05-564833 |
| 04-E04902 | 04-G87522 | 05-134612 | 05-408241 | 05-566541 |
| 04-E08041 | 04-G92344 | 05-140306 | 05-409056 | 05-566703 |
| 04-E09518 | 04-G99259 | 05-142147 | 05-410066 | 05-576924 |
| 04-E09930 | 04-H01008 | 05-147642 | 05-410232 | 05-577135 |
| 04-E10865 | 04-H17840 | 05-148701 | 05-413751 | 05-579066 |
| 04-E12229 | 04-H18943 | 05-149752 | 05-413818 | 05-581938 |
| 04-E13034 | 04-H21769 | 05-158183 | 05-414953 | 05-583824 |
| 04-E13314 | 04-I07413 | 05-164051 | 05-417138 | 05-594796 |
| 04-E15066 | 04-I13315 | 05-164509 | 05-423907 | 05-599457 |
| 04-E31009 | 04-I40556 | 05-252255 | 05-464962 | 05-601761 |
| 04-E36860 | 04-I40822 | 05-266660 | 05-465721 | 05-603255 |
| 04-E37239 | 04-I42286 | 05-270802 | 05-468806 | 05-604316 |
| 04-E40279 | 04-I46629 | 05-270836 | 05-473222 | 05-605492 |
| 04-E61844 | 04-J32218 | 05-275832 | 05-474417 | 05-608725 |
| 04-E68225 | 04-J32963 | 05-281714 | 05-474478 | 05-612191 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
**SETTLEMENT AGREEMENT AND GENERAL RELEASE**
**EXHIBIT B**
**Class Members (By Loan ID No.)**

| | | | | |
|---|---|---|---|---|
| 05-613543 | 05-769213 | 05-A57105 | 06-322289 | 06-669692 |
| 05-615017 | 05-770854 | 05-A63962 | 06-322444 | 06-681140 |
| 05-623734 | 05-773895 | 05-A64062 | 06-368922 | 06-681243 |
| 05-624141 | 05-780748 | 05-A82067 | 06-379428 | 06-686025 |
| 05-624175 | 05-780824 | 05-A93444 | 06-387917 | 06-689004 |
| 05-626998 | 05-780948 | 05-A98287 | 06-388271 | 06-690940 |
| 05-627003 | 05-781495 | 05-B00332 | 06-388411 | 06-712475 |
| 05-631382 | 05-794067 | 05-B09647 | 06-396166 | 06-765998 |
| 05-633905 | 05-796374 | 05-B13883 | 06-398014 | 06-777974 |
| 05-643503 | 05-810294 | 05-B14818 | 06-404568 | 06-778509 |
| 05-647877 | 05-813537 | 05-B21842 | 06-410322 | 06-786269 |
| 05-652200 | 05-815588 | 05-B52543 | 06-435001 | 06-786645 |
| 05-652575 | 05-817553 | 05-C26532 | 06-440345 | 06-789683 |
| 05-654952 | 05-818413 | 05-C55811 | 06-443797 | 06-799642 |
| 05-656790 | 05-820202 | 05-C80643 | 06-449818 | 06-804986 |
| 05-661012 | 05-820658 | 05-D57562 | 06-453516 | 06-832617 |
| 05-676067 | 05-823058 | 05-D60303 | 06-453782 | 06-838125 |
| 05-681666 | 05-826422 | 05-D79722 | 06-465371 | 06-847383 |
| 05-681752 | 05-828500 | 05-D86498 | 06-475652 | 06-883003 |
| 05-692997 | 05-831088 | 05-E00106 | 06-475983 | 06-883294 |
| 05-696144 | 05-832639 | 05-E04114 | 06-538833 | 06-890222 |
| 05-696311 | 05-836314 | 05-E19758 | 06-540646 | 06-893412 |
| 05-702855 | 05-837541 | 05-E26242 | 06-543417 | 06-940559 |
| 05-706251 | 05-838267 | 05-E41452 | 06-549449 | 06-942799 |
| 05-711052 | 05-841056 | 05-E53714 | 06-583867 | 06-946225 |
| 05-715443 | 05-841770 | 05-E61343 | 06-589480 | 06-956601 |
| 05-723392 | 05-842872 | 05-E88423 | 06-590927 | 06-964655 |
| 05-726315 | 05-860006 | 05-E93620 | 06-593959 | 06-970909 |
| 05-728519 | 05-863839 | 06-022478 | 06-594961 | 06-976303 |
| 05-734699 | 05-901491 | 06-025910 | 06-609982 | 06-976873 |
| 05-735402 | 05-905997 | 06-027281 | 06-611552 | 06-979514 |
| 05-736981 | 05-916181 | 06-058535 | 06-620419 | 06-990692 |
| 05-737913 | 05-921427 | 06-068762 | 06-622919 | 06-991530 |
| 05-742312 | 05-923180 | 06-075970 | 06-630536 | 06-992860 |
| 05-744798 | 05-936377 | 06-135707 | 06-635965 | 06-A08678 |
| 05-746599 | 05-937435 | 06-204838 | 06-636176 | 06-A29798 |
| 05-746885 | 05-941866 | 06-218714 | 06-641052 | 06-A35312 |
| 05-750579 | 05-947676 | 06-221774 | 06-643911 | 06-A84020 |
| 05-751132 | 05-948004 | 06-221988 | 06-644374 | 06-A84062 |
| 05-753843 | 05-950857 | 06-243227 | 06-650511 | 06-A88823 |
| 05-760216 | 05-969038 | 06-246091 | 06-656039 | 06-B32839 |
| 05-764866 | 05-991275 | 06-286664 | 06-658105 | 06-B53640 |
| 05-768251 | 05-A16112 | 06-288152 | 06-664220 | 06-B56398 |
| 05-769136 | 05-A16678 | 06-308846 | 06-665515 | 06-B56803 |

*Pierce v. NovaStar Mortgage, Inc.*
United States District Court
Western District of Washington at Tacoma
No. C05-5835-RJB
SETTLEMENT AGREEMENT AND GENERAL RELEASE
EXHIBIT B
Class Members (By Loan ID No.)

| | |
|---|---|
| 06-B61672 | 07-080288 |
| 06-B67918 | 07-776122 |
| 06-B78071 | 07-N09966 |
| 06-B86869 | |
| 06-BF2411 | |
| 06-C15811 | |
| 06-C32306 | |
| 06-C44674 | |
| 06-C46685 | |
| 06-C51232 | |
| 06-C66860 | |
| 06-C68758 | |
| 06-C79133 | |
| 06-C85428 | |
| 06-C87351 | |
| 06-C90825 | |
| 06-C93112 | |
| 06-D10661 | |
| 06-D77117 | |
| 06-D77639 | |
| 06-D77838 | |
| 06-E23458 | |
| 06-E40984 | |
| 06-E44182 | |
| 06-E78200 | |
| 06-E82111 | |
| 06-G37124 | |
| 06-G87985 | |
| 06-G95240 | |
| 06-K84479 | |
| 06-L14462 | |
| 06-L18712 | |
| 06-L94563 | |
| 06-Q17661 | |
| 06-R27345 | |
| 06-T60419 | |
| 06-T63578 | |
| 06-T98888 | |
| 06-U47629 | |
| 06-U59581 | |
| 06-W96673 | |
| 06-W97787 | |
| 07-057578 | |
| 07-073562 | |

1

2

3

4

5

6

7

8

9

Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

18

19

20

CAMERON PIERCE and PATRICIA
PIERCE, husband and wife; KAREN KIRBY,
a single woman; GREGORY SHERMAN and
PAULA SHERMAN, husband and wife; and
MICHAEL LEPAGE and GERTRUDE
LEPAGE, husband and wife, LARRY
BROWN, a single man, and RALPH
MARTINELLI, a single man, on behalf of
themselves and a class of similarly situated
individuals,

                    Plaintiffs,

    v.

NOVASTAR MORTGAGE, INC., a foreign
corporation,

                    Defendant.

No. C05-5835 RJB

**NOTICE OF CLASS ACTION
SETTLEMENT AND FAIRNESS
HEARING**

21

22

**This is a notice from the Court – It is not a solicitation from a lawyer.  Your legal
rights are affected whether you act or don't act.  Please read this notice carefully.**

23

24

25

        This is a notice to you about the settlement of a class action in which you are a member.
The Court certified a class of NovaStar Mortgage, Inc. ("NovaStar") borrowers in Washington
State.  Based on plaintiffs' claims in the case, the Court has determined that you are a member of
its certified class, because:

26

    • You entered into a federally-regulated mortgage loan that was subject to the
      requirements of Washington law and secured by property within the State of

NOTICE OF CLASS ACTION - 1

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

EXHIBIT B

Washington, at any time from December 30, 2001, to the present; and

- Plaintiffs allege that NovaStar paid money to your mortgage broker ("Payment"); in return for negotiating a higher interest loan for you; and

- Plaintiffs allege that neither NovaStar nor the broker adequately disclosed to you the Payment on a good faith estimate dated no later than three days after the date on which NovaStar received the loan application or, if your application was received fewer than three days before you signed final loan documents, the date on which you signed final loan documents; and

- You paid the mortgage broker compensation in the form of an "origination fee" or "broker fee" in addition to the Payment that NovaStar paid to the broker.

The suit claims that NovaStar did not adequately disclose to plaintiffs and the class NovaStar's payments to brokers. Plaintiffs claim that they and the class received higher interest rate loans due to NovaStar's inadequately disclosed payment to brokers. NovaStar denies these claims, but has agreed to a class-wide settlement on the terms outlined below.

**Purpose of This Notice**

The purpose of this notice is to inform you that the parties have reached a Settlement, to explain the terms of the settlement to you and to provide you an opportunity to comment on or object to the Settlement, if you so desire.

**What are the Terms of the Settlement?**

The Settlement establishes a $3.3 million Class Settlement Fund to be distributed to members of the class, which includes you and approximately 1,600 borrowers. Each class member will receive a check based on a distribution plan to be approved by the Court that will compensate each class member for the cost of the higher interest rate loan to them. NovaStar must pay interest on the $3.3 million Class Settlement Fund, starting 90 days after June 11, 2007, with a cap of $125,000 in accrued interest. At the Fairness Hearing scheduled for **September 28, 2007**, Class Counsel will ask the Court to award from the Class Settlement Fund a total of $22,500 to the class representatives as an incentive payment for their contributions to the litigation, and approximately $85,000 as reimbursement for expenses incurred by Class Counsel in prosecuting the case. The remainder of the $3.3 million Class Settlement Fund will be distributed to class members as directed by the Court.

**When will the Court Decide Whether to Finally Approve the Settlement?**

The Court will hold a **Fairness Hearing on September 28, 2007**, in Courtroom No. 1, Union Station Courthouse, 1717 Pacific Avenue, Tacoma, WA 98402, to determine whether the Settlement is fair, reasonable and adequate and the amount of attorney fees to be awarded to Class Counsel. At the Fairness Hearing, Class Counsel will request an award of $1.8

NOTICE OF CLASS ACTION - 2

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1
2
3
4
5
6
7

million in attorney fees, plus up to an additional $75,000 associated with final approval and administration of the settlement to be paid by NovaStar. NovaStar has agreed to pay these amounts, which will not reduce the Class Settlement Fund of $3.3 million, but will be in addition to the Class Settlement Fund. The Court will consider any objections to the Settlement at the Fairness Hearing. If you wish to comment or object to the Settlement, you must submit your comments or objections in writing to Class Counsel, John W. Phillips, Phillips Law Group, PLLC, 315 5th Avenue South, Suite 1000, Seattle, WA 98104 postmarked no later than **August 15, 2007**. If you wish to speak at the Fairness Hearing, you must tell Mr. Phillips in writing no later than **August 15, 2007**, and he will inform the Court and parties of your intention. If you do not comply with these requirements, you will not be entitled to be heard at the Fairness Hearing or otherwise to contest the Settlement or appeal from any orders of the Court.

8

### Where Do I Get Additional Information?

9

If you want more information or would like a copy of the Settlement Agreement or other papers filed in the case, you may contact Class Counsel whose names and addresses are set forth below:

10
11
12
13

John W. Phillips
Matthew Geyman
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
206-382-8085, ext. 104

Ari Y. Brown
Matthew P. Bergman
Bergman & Frockt
614 First Avenue
Fourth Floor
Seattle, WA 98104
206 957-9510

14
15

**Please do not telephone either the Clerk's Office or the judge assigned to this lawsuit.**

16

### Reminder about Time Limits

17

If you would like to comment on or object to the Settlement or speak at the Fairness Hearing, you must tell Class Counsel in writing by **August 15, 2007.**

18
19

DATED this ___ day of _____, 2007.

20
21

_____
Honorable Robert J. Bryan
United States District Judge

22
23
24
25
26

NOTICE OF CLASS ACTION - 3

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

Honorable Robert J. Bryan

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14
15
16
17
18
19
20

CAMERON PIERCE and PATRICIA
PIERCE, husband and wife; KAREN KIRBY,
a single woman; GREGORY SHERMAN and
PAULA SHERMAN, husband and wife; and
MICHAEL LEPAGE and GERTRUDE
LEPAGE, husband and wife, LARRY
BROWN, a single man, and RALPH
MARTINELLI,  a single man, on behalf of
themselves and a class of similarly situated
individuals,

                Plaintiffs,

    v.

NOVASTAR MORTGAGE, INC., a foreign
corporation,

             Defendant.

No. C05-5835 RJB

**NOTICE OF CLASS ACTION
SETTLEMENT AND FAIRNESS
HEARING**

21
22

**This is a notice from the Court – it is not a solicitation from a lawyer.  Your legal
rights are affected whether you act or don't act.  Please read this notice carefully.**

23
24
25

    This is a notice to you about the settlement of a class action in which you are a member.
The Court certified a class of NovaStar Mortgage, Inc. ("NovaStar") borrowers in Washington
State.  Based on plaintiffs' claims in the case, the Court has determined that you are a member of
its certified class, because:

26

- You entered into a federally-regulated mortgage loan that was subject to the
  requirements of Washington law and secured by property within the State of

NOTICE OF CLASS ACTION - 1

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

EXHIBIT C

Washington, at any time from December 30, 2001, to the present; and

- Plaintiffs allege that NovaStar paid money to your mortgage broker ("Payment"); in return for negotiating a higher interest loan for you; and

- Plaintiffs allege that neither NovaStar nor the broker adequately disclosed to you the Payment on a good faith estimate dated no later than three days after the date on which NovaStar received the loan application or, if your application was received fewer than three days before you signed final loan documents, the date on which you signed final loan documents; and

- You paid the mortgage broker compensation in the form of an "origination fee" or "broker fee" in addition to the Payment that NovaStar paid to the broker.

The suit claims that NovaStar did not adequately disclose to plaintiffs and the class NovaStar's payments to brokers. Plaintiffs claim that they and the class received higher interest rate loans due to NovaStar's inadequately disclosed payment to brokers. NovaStar denies these claims, but has agreed to a class-wide settlement on the terms outlined below.

### Purpose of This Notice

The purpose of this notice is to inform you that the parties have reached a Settlement, to explain the terms of the settlement to you, to provide you an opportunity to comment on or object to the Settlement, and to give you the chance to exclude yourself from the settlement, if you so desire.

### What are the Terms of the Settlement?

The Settlement establishes a $3.3 million Class Settlement Fund to be distributed to members of the class, which includes you and approximately 1,600 borrowers. Each class member will receive a check based on a distribution plan to be approved by the Court that will compensate each class member for the cost of the higher interest rate loan to them. NovaStar must pay interest on the $3.3 million Class Settlement Fund, starting 90 days after June 11, 2007, with a cap of $125,000 in accrued interest. At the Fairness Hearing scheduled for **September 28, 2007**, Class Counsel will ask the Court to award from the Class Settlement Fund a total of $22,500 to the nine class representatives as an incentive payment for their contributions to the litigation, and approximately $85,000 as reimbursement for expenses incurred by Class Counsel in prosecuting the case. The remainder of the $3.3 million Class Settlement Fund will be distributed to class members as directed by the Court.

### When will the Court Decide Whether to Finally Approve the Settlement?

The Court will hold a **Fairness Hearing on September 28, 2007**, in Courtroom No. 1, Union Station Courthouse, 1717 Pacific Avenue, Tacoma, WA 98402, to determine whether the Settlement is fair, reasonable and adequate and the amount of attorney fees to be

NOTICE OF CLASS ACTION - 2

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

awarded to Class Counsel. At the Fairness Hearing, Class Counsel will request an award of $1.8 million in attorney fees, plus up to an additional $75,000 associated with final approval and administration of the settlement to be paid by NovaStar. NovaStar has agreed to pay these amounts, which will not reduce the Class Settlement Fund of $3.3 million, but will be in addition to the Class Settlement Fund. The Court will consider any objections to the Settlement at the Fairness Hearing. If you wish to comment or object to the Settlement, you must submit your comments or objections in writing to Class Counsel, John W. Phillips, Phillips Law Group, PLLC, 315 5th Avenue South, Suite 1000, Seattle, WA 98104 postmarked no later than **August 15, 2007.** If you wish to speak at the Fairness Hearing, you must tell Mr. Phillips in writing no later than **August 15, 2007**, and he will inform the Court and parties of your intention. If you do not comply with these requirements, you will not be entitled to be heard at the Fairness Hearing or otherwise to contest the Settlement or appeal from any orders of the Court.

### What do I have to do?

**If you wish to remain a member of the Class and benefit from the Settlement, you do not need to do anything.** If the Court approves the Settlement, then you will release your claims against NovaStar based on the facts and allegations in this case, and be paid your portion of the settlement.

If you do <u>not</u> wish to participate in the Settlement, you must mail your request to be excluded from the class postmarked no later than <u>**August 15, 2007,**</u> to **Abigail Daquiz, NovaStar Exclusion Request, Phillips Law Group, PLLC, 315 5th Avenue South, Suite 1000, Seattle, WA 98104.** If you request in writing to be excluded:

- You will not be affected by this Class Action and will not be bound by its resolution.

- You will not be eligible for any payment under the Settlement.

- You will be allowed to file your own lawsuit against NovaStar based on the same allegations alleged by the plaintiffs in this case.

If you remain a member of the Class, the Class Representatives and Class Counsel will act as your representatives in seeking final approval of the Settlement that is the subject of this Notice. If you desire, you may also appear through your own attorney. You may seek to intervene individually and may advise the Court if at any time you consider that you are not being fairly and adequately represented by the Class Representatives and Class Counsel.

### Where Do I Get Additional Information?

If you want more information or would like a copy of the Settlement Agreement or other papers filed in the case, you may contact Class Counsel whose names and addresses are set forth below:

NOTICE OF CLASS ACTION - 3

| | | |
|---|---|---|
| 1 | John W. Phillips | Ari Y. Brown |
| 2 | Matthew Geyman | Matthew P. Bergman |
| | Phillips Law Group, PLLC | Bergman & Frockt |
| 3 | 315 Fifth Avenue South, Suite 1000 | 614 First Avenue |
| | Seattle, WA 98104 | Fourth Floor |
| 4 | 206-382-8085, ext. 104 | Seattle, WA 98104 |
| | | 206-957-9510 |

**Please do not telephone either the Clerk's Office or the judge assigned to this lawsuit.**

**<u>Reminder about Time Limits</u>**

If you would like to comment on or object to the Settlement or speak at the Fairness Hearing, you must tell Class Counsel in writing by **August 15, 2007.**

DATED this ___ day of _____, 2007.


_____
Honorable Robert J. Bryan
United States District Judge

NOTICE OF CLASS ACTION - 4